IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 3:07cr140Br-A

DEMARCUS JOHN

## ORDER DISMISSING INDICTMENT

ON MOTION OF THE UNITED STATES, and pursuant to Rule 48(a) of the Fed. R. Crim. Pro., the Court hereby grants the government's Motion to Dismiss the Indictment against the defendant in the criminal cause above styled and numbered, without prejudice.

SO ORDERED, this the __5th__ Day of June, 2008.

                                              s/ David Bramlette
                                              DAVID C. BRAMLETTE III
                                              Senior United States District Judge